IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DENISE D. KRAUSE**                                                          **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.  3:19-cv-571-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER; and JOHN DOES 1-5**                                      **DEFENDANT**

### DEFENDANT'S MOTION IN LIMINE REGARDING
### CONCEDED AND DISMISSED CLAIMS

Defendant University of Mississippi Medical Center ("Defendant" or "UMMC"), by and through its counsel of record, moves this Court for an order, *in limine*, to exclude Plaintiff Dr. Denise Krause ("Dr. Krause) from testifying about or introducing any facts and/or other evidence to support any and all conceded and voluntarily dismissed claims.  In support of this Motion, Defendant state as follows:

1.      Defendant's Motion for Summary Judgment has been fully briefed and is pending before the Court.  Defendant submits that it is entitled to summary judgment as a matter of law on all of Plaintiff's claims based on Dr. Krause's own admissions and the record evidence. Dr. Krause does not oppose summary judgment on her claim related to UMMC's decision to deny her request for a research salary enhancement in July 2016.

2.      Any evidence or testimony regarding Dr. Krause's conceded or dismissed claims is irrelevant and unduly prejudicial.  UMMC expects that Dr. Krause will attempt to introduce testimony and/or other evidence regarding UMMC's decision to deny her request for a research salary enhancement in July 2016, as well as any claims for which the Court grants summary judgment in favor of Defendant.

61270709.v1

3.     This evidence should be excluded because it is irrelevant, highly prejudicial, would cause jury confusion, and would waste time.

WHEREFORE, UMMC, by counsel, based on the foregoing and as more fully set forth in its Memorandum of Law, respectfully requests that this Court grant UMMC's Motion in Limine, and that this Court grant such other, further and different relief as this Court deems fair and just.

THIS, the 1st day of October, 2021.

Respectfully submitted,

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**,
Defendant

By:    */s/ Robin Banck Taylor*
       Timothy M. Threadgill (MS Bar No. 8886)
       Robin Taylor (MS Bar No. 100195)
       Marcellus D. Chamberlain (MS Bar No. 105672)

       ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Telephone: (601) 948-5711
Facsimile:  (601) 985-4500
Email: tim.threadgill@butlersnow.com
Email: robin.taylor@butlersnow.com
Email: marc.chamberlain@butlersnow.com

2

61270709.v1

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Lilli Evans Bass, Esq.
LaToya T. Jeter, Esq.
BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Telephone: (601) 487-8448
Facsimile: (601) 510-9934
Email: bass@bbjlawyers.com

**ATTORNEYS FOR PLAINTIFF**

THIS the 1st day of October, 2021.

/s/ Robin Banck Taylor
Robin Banck Taylor

3

61270709.v1