IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DENISE D. KRAUSE                                                    PLAINTIFF


V.                                         CIVIL ACTION NO. 3:19-cv-571-HTW-LGI


UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER; and JOHN DOES 1-5                                   DEFENDANTS


## **ORDER OF DISMISSAL**


On Thursday, 16 December 2021, this court conducted a settlement conference with

the parties. That session began at approximately 1:30 p.m. and lasted until about 6:30 p.m.,

with the involved attorneys actively engaged the entire time in providing settlements offers

and demands, while constantly in communication with their respective clients.

Eventually, the parties announced to the court that a settlement had been reached in

this matter. Further, the parties, of their own accord, had signed off on a governing

settlement agreement. Therefore, the court being desirous that this case be removed from its

active docket, hereby:

ORDERS that this case be hereby dismissed, with prejudice, as to all parties. All

pending motions are hereby dismissed as moot. The parties shall submit a Final Agreed

Judgment within thirty (30) days.

If any party fails to consummate this settlement within thirty (30) days, any aggrieved

party may reopen the case for enforcement of the settlement agreement and, if successful, all

costs from the date of this order shall be awarded to such aggrieved party or parties against the party failing to consummate the agreement.

The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED, this the 17th day of December, 2021.


 s/ HENRY T. WINGATE                
UNITED STATES DISTRICT JUDGE