# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**DENISE D. KRAUSE**                                                                    **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO.  3:19-cv-571-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER; and JOHN DOES 1-5**                                              **DEFENDANTS**

## JOINT MOTION TO EXTEND DEADLINE TO
### SUBMIT FINAL AGREED JUDGMENT

COME NOW, Defendant University of Mississippi Medical Center ("UMMC") and Plaintiff, Denise Krause ("Dr. Krause"), by and through counsel of record, and submit this Joint Motion to Extend Deadline to Submit Final Agreed Judgment, and in support thereof, state as follows:

1.      On December 16, 2021, this court conducted a settlement conference with the parties, which assisted the parties in reaching a resolution of the Case.

2.      By Order of Dismissal, the Court ordered the Parties to consummate the settlement and submit a proposed Final Order of Judgment within thirty (30) days.

3.      Despite the Parties diligent and good faith efforts, the parties will not be able to conclude the settlement by January 16, 2022 and respectfully request an additional 30 days or until February 16, 2022 to conclude the settlement and submit a proposed Final Order of Judgment

4.      Due to the nature of this Motion, Defendant requests that it be relieved of the requirement to submit a supporting memorandum pursuant to L.U.Civ.R. 7(b)(4).

WHEREFORE, Defendant and Plaintiff respectfully request that the Court extend the deadline to conclude the settlement and submit a proposed Final Order of Judgment and that this Court grant such other, further and different relief as this Court deems fair and just.

This the 13th day of January 2022.

Respectfully Submitted,

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**,
Defendant

BY:    */s/ Robin Banck Taylor*
Timothy M. Threadgill (MSB #8886)
Robin Banck Taylor (MSB #100195)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel:  (601) 948-5711
Fax: (601) 985-4500
Email: Tim.Threadgill@butlersnow.com
Email: Robin.Taylor@butlersnow.com
*Attorneys for Defendant*


*/s/ Lilli Evans Bass*
Lilli Evans Bass (MSB #102896)
LaToya T. Jeter (MSB #102213)
BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Tel:  (601) 487-8448
Fax: (601) 510-9934
Email:  bass@bbjlawyers.com
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I, Robin Banck Taylor, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record:

This the 13th day of January, 2022.

/s/ Robin Banck Taylor
ROBIN BANCK TAYLOR