**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DENISE D. KRAUSE**                                                                 **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO.  3:19-cv-571-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER; and JOHN DOES 1-5**                                        **DEFENDANTS**

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE SUBMIT FINAL AGREED JUDGMENT

THIS CAUSE having come before the Court on the Joint Motion to Extend Deadline to

Submit Final Agreed Judgment, and the Court, being fully advised in the premises, finds that the

Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Joint Motion to Extend

Deadline to Consummate Settlement and Submit Final Agreed Judgment is granted.

SO, ORDERED AND ADJUDGED, this the16th day of February, 2022.


 _s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT COURT JUDGE


62749151.v1