**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DENISE D. KRAUSE**                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:19-cv-571-HTW-LGI**

**UNIVERSITY OF MISSISSIPPI MEDICAL**
**CENTER; and JOHN DOES 1-5**                          **DEFENDANTS**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Defendant University of Mississippi Medical Center ("UMMC") and Plaintiff, Denise Krause, by and through counsel of record, advise the Court this matter has been resolved and hereby file this Stipulation of Voluntary Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties agree that this action be hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

WHEREFORE, the parties respectfully request that this Court dismiss this action **with prejudice**, with each party to bear its own costs and attorneys' fees.

This the 9th day of March 2022.

Respectfully Submitted,

**DENISE D. KRAUSE,**
Plaintiff

BY*: /s/Lilli Evans Bass*
        LILLI EVANS BASS, ESQ. (MSB# 102896)
        LATOYA T. JETER, ESQ.

OF COUNSEL:

BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Tel: (601) 487-8448
Fax: (601) 510-9934
Email: bass@bbjlawyers.com

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**,
Defendant

BY:     */s/ Robin Banck Taylor*

TIMOTHY M. THREADGILL (MSB #8886)
ROBIN BANCK TAYLOR (MSB #100195)

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel:  (601) 948-5711
Fax: (601) 985-4500
Email: Tim.Threadgill@butlersnow.com
Email: Robin.Taylor@butlersnow.com

2

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Lilli Evans Bass, Esq.
LaToya T. Jeter, Esq.
BROWN BASS & JETER, PLLC
Post Office Box 22969
Jackson, Mississippi 39225
Tel: (601) 487-8448
Fax: (601) 510-9934
Email: bass@bbjlawyers.com
**ATTORNEYS FOR PLAINTIFF**

This the 9th day of March 2022.

/s/ Robin Banck Taylor
ROBIN BANCK TAYLOR

62458693.v1

3